**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                             Case No. 8:07-CR-404-T-24TBM

CARLOS EDWIN VICTORIA-VALENTIERRA
_____/

**O R D E R**

In April 2014, the United States Sentencing Commission ("Commission") promulgated and submitted to Congress Amendment 782 to the United States Sentencing Guidelines, which reduced the sentencing guidelines for some federal drug trafficking offenders.  Specifically, Amendment 782 reduced by two levels the offense levels in USSG § 2D1.1(c)'s Drug Quantity Table.  In July 2014, the Commission promulgated Amendment 788 and amended USSG § 1B1.10, which made Amendment 782 retroactive (effective November 1, 2014) but delayed until November 1, 2015 the effective date for orders reducing prison terms based on Amendment 782.  See United States v. Peak, 579 F.App'x 888, 891 n.1 (11th Cir. 2014).

Before the Court is Defendant's pro se Motion Pursuant to Amendment 782 USSG. (Dkt. 197).  After Defendant filed his motion for reduction pursuant to Amendment 782, the Federal Public Defender was appointed solely for the purpose of determining whether the Defendant is entitled to Amendment 782 relief.  The Federal Public Defender has filed a notice with the Court that they will not be filing a motion for sentence reduction on behalf of Defendant because the amendment does not have the effect of lowering Defendant's base

offense level.  (Dkt. 187).  The United States Probation Office's memorandum states that Defendant is not entitled to relief under Amendment 782 because the drug quantity table remains at level 38 after applying Amendment 782 (Defendant was held accountable for 7,558.34 kilograms of cocaine).  (Dkt. 173).

The Court has reviewed the Federal Public Defender's Notice, the Probation Office's Memorandum and the court file.  Defendant is not entitled to a sentence reduction as a result of Amendment 782 because the amendment does not have the effect of lowering Defendant's base offense level, which remains at level 38.    Accordingly, Defendant's Motion for sentence reduction is DENIED.

**DONE and ORDERED** in Chambers at Tampa, Florida, on the 18th day of November, 2015.


SUSAN C. BUCKLEW
United States District Judge


COPIES FURNISHED TO:

Pro-se Defendant